FILED: September 24, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 21-1022
(1:20-cv-00636-JKB)

_____

TERRY RENE CHAPMAN

    Plaintiff - Appellant

v.

SOCIAL SECURITY ADMINISTRATION, Office of the Commissioner; DEPARTMENT OF DEFENSE, Department of the Army

    Defendants - Appellees

_____

O R D E R

_____

The court denies the petition for rehearing and rehearing en banc. No judge requested a poll under Fed. R. App. P. 35 on the petition for rehearing en banc.

Entered at the direction of the panel: Judge Wilkinson, Judge Agee, and Judge Diaz.

                For the Court

                /s/ Patricia S. Connor, Clerk